UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CR507 HEA |
| | ) | |
| RAMON CHAVEZ-PEREGRINO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $2,500.00 to the surety of record.

Dated this 15th day of February, 2011.

                                                */s/ Henry Edward Autrey*
                                               HENRY EDWARD AUTREY
                                               UNITED STATES DISTRICT JUDGE

************************************************************************

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 14th day of February, 2011.

                                                /s/ Cynthia Kornberger
                                                Deputy Clerk